**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 16, 2009

Charles R. Fulbruge III
Clerk

No. 08-10905
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

MOTAZ WASIF AMREYA

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:08-CR-33-1

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Motaz Wasif Amreya has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Amreya has filed a response. Our independent review of the record, counsel's brief, and Amreya's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

DISMISSED. *See* 5TH CIR. R. 42.2. Amreya's motion to proceed pro se is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).